**PUBLISH**

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
09/21/98
THOMAS K. KAHN
CLERK

No. 97-9006

D.C. Docket No. 1:97-CV-276-RCF

WILLIAM S. HILEY,

Plaintiff-Appellant,

versus

JACQUELINE H. BARRETT,
Sheriff, FULTON COUNTY, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

**(September 21, 1998)**

Before HATCHETT, Chief Judge, HULL, Circuit Judge, and LENARD[*], District Judge.

HATCHETT, Chief Judge:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned order dated July 2, 1997, and cited as 968 F. Supp. 1564 (N.D. Ga. 1997).

**AFFIRMED.**

_____

[*] Honorable Joan A. Lenard, U.S. District Judge for the Southern District of Florida, sitting by designation.